DOUGLAS C. FOSTER (SBN 205674)
Law Offices of Douglas C. Foster
139 W. El Portal Drive; Building 11, Suite D
Merced, California 95348
Telephone: (209) 691-7280
Facsimile: (209) 691-7290

Attorney for Defendant BRITTANY ALLEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY ALLEN<br><br>Defendant. | Case No. 1:18-cr-00259-DAD<br><br>**STIPULATION CONTINUING STATUS CONFERENCE; [~~~~~~~~] ORDER**<br><br>Date: March 15, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and through the parties through their respective counsel, Assistant United States Attorney Laura Withers, Counsel for Plaintiff and Douglas Foster, Counsel for Defendant Brittany Allen, that the status conference currently scheduled for March 15, 2019 at 2:00 p.m. be continued to Friday, March 22, 2019 at 2:00 p.m. before Magistrate Judge McAuliffe.

Defense counsel was only made aware of his appointment on Ms. Allen's matter late in the afternoon on March 13, 2019. Counsel needs a brief continuance to review the discovery and meet with his client.

Respectfully Submitted,
McGREGOR SCOTT
United States Attorney

DATED: 3/14/19     By: *Laura Withers*
                       LAURA WITHERS
                       Assistant United States Attorney
                       Attorney for Plaintiff

DATED: 3/14/19     By: *Douglas C. Foster*
                       DOUGLAS C. FOSTER
                       Attorney for Defendant

**ORDER**

**IT IS SO ORDERED**

Dated: March 15, 2019

HON. ERICA P. GROSJEAN
United States Magistrate