IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:18-CR-00259 DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| BRITTANY ALLEN, | |
| Defendant. | |

The above–named defendant having been sentenced on April 29, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.  Defendant is ordered to contact her probation officer immediately following her release from custody to set up location monitoring.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **April 29, 2019**                                    _Dale A. Drozd_____

UNITED STATES DISTRICT JUDGE